# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DAVIS NEUROLOGY, P.A.,**                                          **PLAINTIFFS**
on behalf of itself and all other
entities and persons similarly situated

**v.**                      **CASE NO. 4:16-CV-00682 BSM**

**DOCTORDIRECTORY.COM, LLC and**
**EVERYDAY HEALTH, INC.**                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE